UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        Civil No. 07-mc-60-SM

<u>Anthony Penta</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 27, 2007, no objection having been filed.

SO ORDERED.

14 December 2007        <u>*/s/ Steven J. McAuliffe*</u>
        Steven J. McAuliffe
        Chief Judge

cc:    David Broderick, Esq.
        Anthony Penta, pro se